Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **GERALD P. CZUBA, individually** ) <br> **and on behalf of himself and** ) <br> **others similarly situated** ) <br> **CURTIS CZAJKA, RICHARD** ) <br> **PELECKIS, individually and on** ) <br> **behalf of a Class of others similarly** ) <br> **situated,** ) <br>        **Plaintiffs**, ) <br> ) <br> ) <br>        vs. ) <br> ) <br> ) <br> **IKO MANUFACTURE, INC.,** ) <br> **a Delaware corporation,** ) <br> **IKO INDUSTRIES, LTD.,** ) <br> **a Canadian corporation,** ) <br> **IKO SALES, LTD., a Canadian** ) <br> **corporation, IKO PACIFIC, INC.** ) <br> **a Washington corporation,** ) <br> **IKO CHICAGO, INC.,** ) <br> **an Illinois corporation,** ) <br> **IKO MANUFACTURING, INC.,** ) <br> **a Delaware corporation, IKO** ) <br> **INDUSTRIES, INC.,** ) <br> **a Delaware corporation,** ) <br> **IKO MIDWEST, INC., an Illinois** ) <br> **corporation, IKO PRODUCTION INC.,** ) <br> **a Delaware corporation,** ) <br>        **Defendants.** ) | Case Number:   **09-cv-2295** |

### **JUDGMENT  IN A CIVIL CASE**

   **DECISION BY THE COURT**.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to Text Order entered 2/17/2010, defendant IKO Sales, Ltd. is terminated.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to filing of Amended Complaint on 4/19/2010, plaintiffs Curtis Czajka and Richard Peleckis and defendants IKO Manufacture, Inc, IKO Pacific Inc., and IKO Chicago, Inc. were terminated.

**IT IS FURTHER ORDERED AND ADJUDGED** that defendants' motion for summary judgment as to Czuba's claims (motion #170 in lead case 09-md-2104) is granted in its entirety. Case 09-cv-2295 is terminated.

**Dated:**  April 15, 2013

                s/ Kenneth A. Wells
                Kenneth A. Wells
                Clerk, U.S. District Court